AVRUMI LUBIN, Defendant, pro se, individually
1460 Arboretum Parkway, Lakewood, NJ 08701
Telephone: 718-570-3796 | josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
**Case No. 26-17342 (EJO) | Chapter 11**

BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin, Plaintiff,
v.
AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants.
**Adv. Pro. No. 26-01494 (EJO)**
Hon. Eamonn J. O'Hagan, U.S.B.J.

---

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1. Appellant and position

Avrumi Lubin a/k/a Josh Lubin, individually only; Defendant in this adversary proceeding. No company or other person joins this appeal. The appellant appears pro se solely for himself.

## Part 2. Orders and dates of entry

Notice is given that Avrumi Lubin appeals to the United States District Court for the District of New Jersey from:
**(1)** the Order to Show Cause with Temporary Relief, entered **October 15, 2026 (Dkt. 5)**; and
**(2)** the Order Granting Preliminary Injunction and Providing for Further Proceedings, entered **October 23, 2026 (Dkt. 21)**. Copies accompany this notice.

This appeal is limited to the personal restraints and obligations imposed on Lubin in operative paragraphs (2)-(4) of Dkt. 5 and paragraphs 2-4 governing the entities other than Teton Life in Dkt. 21, including the sole-authority determination insofar as it directly binds Lubin, and the related denial of his request to dissolve or modify those restraints (Dkt. 21, p. 3 n.2). The appeal includes any continuing personal effect of Dkt. 5 through the Teton Life provision in Dkt. 21, p. 5 paragraph 3. It does not seek to lift paragraph 1's stay of litigation or judgment enforcement against the entities.

Adv. Pro. No. 26-01494 (EJO) | Avrumi Lubin, individually

## Part 3. Other parties to the orders

**Plaintiff:** Benjamin A. Stanziale, Jr., Chapter 11 Trustee.
**Counsel:** Patricia A. Staiano, Esq., and Matthew E. Moloshok, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068
Telephone: 973-621-9020
pstaiano@hlgslaw.com; mmoloshok@hlgslaw.com

**Co-defendants (not appellants):** No attorney representing any of the five entities is identified in the reviewed adversary docket. Their notice addresses are listed below; this notice is not an appearance for any entity.

**Spin Capital, LLC**
c/o Harvard Business Services, Inc., Registered Agent
16192 Coastal Highway, Lewes, DE 19958

**Teton Life, LLC**
c/o Vcorp Services, LLC, Registered Agent
108 W. 13th Street, Suite 100, Wilmington, DE 19801

**Teton Funding, LLC**
c/o Vcorp Services, LLC, Registered Agent
108 W. 13th Street, Suite 100, Wilmington, DE 19801

**Teton Funding Group, LLC**
c/o Vcorp Services, LLC, Registered Agent
108 W. 13th Street, Suite 100, Wilmington, DE 19801

**JL Special Investments, LLC**
c/o Vcorp Services, LLC, Registered Agent
108 W. 13th Street, Suite 100, Wilmington, DE 19801

**Additional noticed participant:** Gavriel Yitzchakov a/k/a Gabe Isaacov, through Jeffrey S. Cianciulli, Esq., and Patrick T. Krenicky, Esq., Weir LLP, 1300 Route 73 S., Suite 314, Mount Laurel, NJ 08054; telephone 856-429-7720; jcianciulli@weirlawllp.com; pkrenicky@weirlawllp.com. Their appearances at Dkts. 16 and 17 are for Mr. Yitzchakov, not for Teton Life, LLC.

**Part 4. Court to hear the appeal**

Appellant requests review by the United States District Court for the District of New Jersey. To the extent an election under 28 U.S.C. § 158(c)(1) is applicable, appellant elects the District Court.

**Jurisdiction and scope clarification**

An accompanying motion requests leave to appeal under 28 U.S.C. § 158(a)(3) and Fed. R. Bankr. P. 8004 to the extent either challenged order or portion is interlocutory. This protective notice does not assume finality, immediate appealability, leave, or that every issue concerning the October 15 order remains live. Appellant reserves his position on those questions.

Appellant does not represent any limited liability company, seek relief for an entity as its lawyer, or seek review of the Trustee's appointment through this notice. He challenges commands directed to him personally. No stay pending appeal, extension of a response deadline, or authorization to act for an entity is requested by these papers.

**Part 5. Signature of unrepresented appellant**

Dated: October 29, 2026
Lakewood, New Jersey

______________________________

Avrumi Lubin
Defendant, pro se, individually
1460 Arboretum Parkway, Lakewood, NJ 08701
718-570-3796 | josh@tetonfunding.com