AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 NOV 13 P 3: 30

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

Avrumi Lubin, Appellant
*Plaintiff/Petitioner*
v.
Benjamin A. Stanziale, Jr., Chapter 11 Trustee, Appellee
*Defendant/Respondent*

Civil Action No. 3:26-cv-14172-GC

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 11/13/2026

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ Unknown (Att. A) | $ N/A | $ 0.00 | $ N/A |
| Self-employment | $ Unknown (Att. A) | $ N/A | $ 0.00 | $ N/A |
| Income from real property *(such as rental income)* | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Gifts | $ See Att. A | $ N/A | $ Unknown (Att. A) | $ N/A |
| Alimony | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Child support | $ 0.00 | $ N/A | $ 0.00 | $ N/A |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Unemployment payments | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Public-assistance *(such as welfare)* | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Other *(specify)*: family help (Att. A, Q1(b), (c)) | $ 1,250.00 + unknown | $ N/A | $ Unknown (Att. A) | $ N/A |
| **Total monthly income:** | $ 1,250.00 + unknown | $ N/A | $ Unknown (Att. A) | $ N/A |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| Unknown (Att. A, Q2) | Unknown | Unknown | $ Unknown |
| N/A | N/A | N/A | $ N/A |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A (never married) | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| Bank of America | Personal checking (current) | $ 0.00 | $ N/A |
| Merrill Lynch (2 CMA accts) | Pledged; per 6/25/26 schedules | $ 0.00 (6/25/26) | $ N/A |
| None other known | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| **Assets owned by you or your spouse** | | |
|---|---|---|
| Home *(Value)* | | $ None (I rent) |
| Other real estate *(Value)* | | $ None |
| Motor vehicle *#1 (Value)* | | $ None |
| Make and year: | N/A | |
| Model: | N/A | |
| Registration #: | N/A | |
| Motor vehicle *#2 (Value)* | | $ None |
| Make and year: | N/A | |
| Model: | N/A | |
| Registration #: | N/A | |
| Other assets *(Value)* | LLC interests and claims (Att. A, Q5) | $ Unknown (Att. A) |
| Other assets *(Value)* | Apartment security deposit (Att. A, Q5) | $ 8,500.00 (status unknown) |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| Excell Auto Group, Inc., et al. | $ 3,136,071.44 face (judgment; Att. A) | $ N/A |
| Gavriel Yitzchakov | $ 450,000.00 claimed (Att. A) | $ N/A |
| Others: see Att. A, Q6 | $ Unknown | $ N/A |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| None | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☐ Yes ☐ No N/A (rent)<br>Is property insurance included? ☐ Yes ☐ No N/A (rent) | $ 8,500.00 (unpaid) | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ See Att. A | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ See Att. A | $ N/A |
| Food | $ See Att. A | $ N/A |
| Clothing | $ See Att. A | $ N/A |
| Laundry and dry-cleaning | $ See Att. A | $ N/A |
| Medical and dental expenses | $ See Att. A | $ N/A |
| Transportation *(not including motor vehicle payments)* | $ See Att. A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ See Att. A | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ See Att. A | $ N/A |
| Life: | $ See Att. A | $ N/A |
| Health: | $ See Att. A | $ N/A |
| Motor vehicle: | $ See Att. A | $ N/A |
| Other: | $ See Att. A | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ See Att. A | $ N/A |
| Installment payments | | |
| Motor vehicle: N/A | $ 0.00 | $ N/A |
| Credit card *(name)*: Not paying now (Att. A, Q8) | $ 0.00 | $ N/A |
| Department store *(name)*: N/A | $ 0.00 | $ N/A |
| Other: Best Egg loan: not paying now | $ 0.00 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ N/A |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ N/A |
| Other *(specify)*: Hotels; legal costs (Att. A, Q8) | $ See Att. A | $ N/A |
| **Total monthly expenses:** | $ See Att. A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒ Yes ☐ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☒ Yes ☐ No

If yes, how much? $ Not yet known (Att. A, Q10)

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
See Attachment A (attached), Question 11.

12. Identify the city and state of your legal residence.
New York, New York

Your daytime phone number: 718-570-3796

Your age: 33 Your years of schooling: See Att. A

# ATTACHMENT A
## to Application to Proceed in District Court Without Prepaying Fees or Costs (AO 239)

Avrumi Lubin — *Lubin v. Stanziale*, Civil Action No. 3:26-cv-14172-GC (D.N.J.)

I ask the Court to waive the $298 fee for this bankruptcy appeal. I have never been married and I have no dependents, so every "spouse" entry is "N/A." "Past 12 months" means the 12 months before this application (November 13, 2025 to November 13, 2026).

**Question 1 — Income**

**(a) Pay and business income.** I do not have a job now, and no pay or business income is lined up for next month. I cannot yet state what pay or business income I received in the past 12 months, if any. My Statement of Financial Affairs (filed July 22, 2026 in Bankr. D.N.J. No. 26-17342, Dkt. 48) reported my 2024–2026 income as business income, in amounts not yet determined. My Form 122B estimated about $5,000 a month in mixed receipts for December 2025 to May 2026, possibly including family support and company distributions or owner draws, not split by source. I have not finished reconstructing those records.

**(b) Help from my father.** My father gave me about $15,000 in the past 12 months, about $1,250 a month on average. We have not settled whether any of it is a loan, so I list it as family help (line "Other"), not as a gift. It is not promised for the future. I do not know whether he will give me money next month.

**(c) Help with legal bills.** Family members and friends also helped with my legal bills and other expenses, in two ways: by paying lawyers directly, and by giving me money to pay lawyers. I do not know the total, how much was paid directly to lawyers, or how much overlaps with the $15,000 in (b). I list it once, as unknown, so that nothing is counted twice.

**(d) Other sources.** In the past 12 months I received no rental income, no bank interest or dividends, no alimony or child support, and no government cash benefits.

**(e) Totals.** The amount I can state is about $1,250 a month (from my father), plus the unknown amounts in (a) and (c).

**Question 2 — Employment history**

I am not sure whether I received wages from any employer in the past two years. I do not have a job now. My July 2026 Statement of Financial Affairs reported my income as business income, not wages (see Question 1(a)).

**Question 4 — Cash and accounts**

I have $0 in cash. My only current personal bank account is a checking account at Bank of America. Its reported balance is $0. My July 2026 bankruptcy schedules (as of June 25, 2026) also listed two Merrill Lynch cash-management accounts, pledged as collateral, each with $0. I have not confirmed their current status.

**Question 5 — Assets**

I do not own a home, other real estate, or a vehicle. I rent my apartment. My other property is listed in my July 22, 2026 bankruptcy schedules (Dkt. 48, Schedule A/B and its attachments):

- **Apartment security deposit:** $8,500, listed in my July 2026 Schedule A/B, item 22. I do not know its current status.
- **Company interests:** Spin Capital, LLC (100%); Teton Life, LLC (50% of record); Teton Funding, LLC (100%); Teton Funding Group, LLC (100%); JL Special Investments, LLC (100%); and a small passive interest in Front Street Holdings LLC. Their value is unknown. Spin Capital, LLC's main assets are disputed litigation claims with an asserted face amount of more than $50 million; what could actually be recovered is unknown. Some of these interests are subject to Florida charging or foreclosure orders that are on appeal.
- **Claims:** the claims described in Question 6.
- **Personal items:** used household goods, used clothing, and a used phone and laptop, valued in July 2026 at about $5,000 in total.

Ownership of some of these interests and claims is disputed. None of the company interests or claims pays me money now, and I cannot turn them into cash in time to pay this fee.

**Question 6 — Money owed to me**

- **Excell Auto Group, Inc., and others:** a $3,136,071.44 judgment filed September 14, 2023 in *Hi Bar Capital, LLC v. Excell Auto Group, Inc.*, N.Y. Sup. Ct., Kings County, No. 502846/2022. I assert rights in it as assignee of

Spin Capital, LLC. Ownership, the assignment, enforceability and collectibility are disputed. What could actually be collected is unknown.

- **Gavriel Yitzchakov:** $450,000 that I say he was to pay me at a June 2024 closing and did not pay. Not resolved.
- **Other claims:** possible recovery rights concerning $2,107,548.61 in court registry funds disbursed on August 27, 2025 in *In re Auto Wholesale of Boca, LLC*, No. 22-15627-EPK (Bankr. S.D. Fla.), and other possible claims listed in my schedules (Attachment A/B-33/34). These are disputed and their value is unknown.

**Question 8 — Monthly expenses**

I am not paying any of my living costs myself right now. I have had a hard time getting others to pay my regular expenses, and my unpaid bills are building up. My current estimates of my main monthly costs are:

- **Rent:** $8,500 a month. Rent has not been paid since June.
- **Travel and hotels:** about $15,000 a month.
- **Food:** about $3,500 a month.
- **Phone and TV:** about $900 a month.
- **Other utilities:** past due. I do not know the monthly amount.
- **Credit-card and loan payments:** I am not making them now. In July 2026 I estimated monthly minimums of about $600 on credit cards and about $500 on a Best Egg loan.
- **Other items on the form** (home maintenance, clothing, laundry, medical, recreation, insurance, taxes): I am paying $0 now. I do not have current estimates.
- **Legal costs:** see Questions 1(c) and 10.

I am paying $0 of these amounts myself now. I do not know how much of these costs others paid in the past 12 months, or how much is now owed. My Schedule J, filed July 22, 2026 (as of June 25, 2026), gave different estimates: food $800, transportation $400, telephone $150, clothing and personal care $200, recreation $100, and $0 for home maintenance, laundry, medical care, insurance and taxes. I have not reconciled the two sets of estimates.

**Question 9 — Expected changes**

Yes. My income and expenses may change in the next 12 months, depending on (1) whether family members keep helping me, and (2) the outcome of my Chapter 11 case and related litigation. I intend to seek employment with Spin Capital and Teton Life and combined annual compensation exceeding $1 million. This is a proposal, not current income. Whether I will be hired, the final compensation, and the start date remain undetermined.

**Question 10 — Money spent on this appeal**

I am representing myself in this appeal. There will be costs for copies, postage and travel to file and serve papers. I do not know the total yet. Family members and friends have helped with my legal bills in other matters (Question 1(c)). I do not know whether any of that help related to this appeal.

**Question 11 — Why I cannot pay**

I cannot pay the $298 fee. I have $0 in cash and $0 in my only current bank account. I have no job. My rent ($8,500 a month) has not been paid since June. I am paying nothing toward my living costs now, and my unpaid bills are building up. Help from my family is not promised. My company interests and claims are not available to me as cash now, their value is uncertain, and ownership of some of them is disputed. I do not know the current status of my security deposit.

**Request.** I ask the Court to let this appeal proceed without prepaying the $298 fee. If the Court denies this application, I ask for 30 days from the Court's order to pay the fee. I also ask that the appeal not be dismissed for nonpayment of the fee while this application is pending.

**Question 12 — Residence and schooling**

I live in New York, New York. Schooling: very little of ninth grade; I did not complete tenth grade.

I declare under penalty of perjury that the information in this Attachment A is true and correct.

Dated: November 13, 2026

______________________________

Avrumi Lubin, Appellant, *pro se*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

*Lubin v. Stanziale*, Civil Action No. 3:26-cv-14172-GC

## CERTIFICATE OF SERVICE

I, Avrumi Lubin, certify that on November 13, 2026, I served a copy of my Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 239), with Attachment A, by first-class United States mail, postage prepaid, addressed to:

Patricia A. Staiano, Esq.
Matthew E. Moloshok, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway, Suite 403
Roseland, New Jersey 07068
*Counsel for Appellee Benjamin A. Stanziale, Jr., Chapter 11 Trustee*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2026

______________________________
Avrumi Lubin, Appellant, *pro se*