UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | | |
|---|---|---|---|
| In re: | | Chapter: | 11 |
| Benjamin A. Stanziale, Jr. | | Case Number: | 26-17342 |
| V. | | Civil Number: | 26-CV-14172-GC |
| Avrumi Lubin et al | | Adversary Number: | 26-01494 |
| | | Bankruptcy Judge: | Eamonn J. O'Hagan |

**TRANSMITTAL OF DOCUMENT(S) TO:**
**☒ DISTRICT COURT ☐ CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal ☐ Order being Appealed ☒ Designation of Record on Appeal
☒ Statement of Issues ☐ Transcript ☐ Transcript Ordered On: ______
☐ Motion for Leave to Appeal ☐ Certification of Failure to File Designation ☐ Motion to Withdraw the Reference
☐ Other ______

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 10/29/2026. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Avrumi Lubin | Appellee(s): | Benjamin A. Stanziale, Jr. |
| Attorney: | Pro Se | Attorney: | Patricia A. Staiano |
| Address: | 1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Address: | 103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 |

Title of Order Appealed: Order Granting Preliminary Injunction And Providing For Further Proceedings
Date Entered On Docket: 10/23/2026

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to ______ within 3 days.

Your Court's Case Number: ______ Judge assigned: ______
By: ______ Date: ______