Avrumi Lubin, Appellant, *pro se* (individually only)
1460 Arboretum Parkway, Lakewood, New Jersey 08701
Telephone: 718-570-3796 | josh@tetonfunding.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor. | Civil Action No. 3:26-cv-14172-GC |
| AVRUMI LUBIN, Appellant,<br>v.<br>BENJAMIN A. STANZIALE, JR., Chapter 11 Trustee for Avrumi Lubin, Appellee. | Hon. Georgette Castner, U.S.D.J.<br><br>Bankr. Case No. 26-17342 (EJO)<br>Adv. Pro. No. 26-01494 (EJO) |

**APPELLANT'S NOTICE THAT HIS DESIGNATION OF RECORD WAS TIMELY FILED (BANKR. ADV. ECF 51), AND REGARDING BANKR. ADV. ECF 49 AND 50**

1. The bankruptcy docket set November 12, 2026 as the due date for Appellant's designation of the record and statement of issues (Bankr. Adv. ECF 24, docket text).
2. On November 12, 2026, Appellant delivered his signed Designation of Record and Statement of Issues to the Bankruptcy Court Clerk's Office in Newark.
3. On November 13, 2026, before that designation was docketed, the Bankruptcy Court Clerk entered a Certification of Failure to File Designation of Record (Bankr. Adv. ECF 49) and transmitted it to this Court (Bankr. Adv. ECF 50).
4. Later on November 13, 2026, the Bankruptcy Court Clerk docketed Appellant's designation as Bankr. Adv. ECF 51, showing it as filed on November 12, 2026. The docket entries and the first page of ECF 51 are attached as Exhibit A.
5. The designation was therefore filed on time. The certification at Bankr. Adv. ECF 49 does not reflect that filing. On November 13, 2026, Appellant asked the Bankruptcy Court Clerk, by email, to correct or supplement ECF 49 and to send the designation and any correction to this Court.

Appellant respectfully asks the Court to note that the designation was timely filed, and not to treat Bankr. Adv. ECF 49 and 50 as a failure to designate the record.

Dated: November 13, 2026

Avrumi Lubin, Appellant, *pro se*

---

**CERTIFICATE OF SERVICE.** I certify that on November 13, 2026, I sent a copy of this notice, with Exhibit A, by email to counsel for Appellee, Patricia A. Staiano, Esq. (pstaiano@hlgslaw.com) and Matthew E. Moloshok, Esq. (mmoloshok@hlgslaw.com), Hellring Lindeman Goldstein & Siegal LLP, with a copy to the Office of the United States Trustee. Counsel will also receive notice through the Court's electronic filing system when this notice is docketed. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2026

Avrumi Lubin, Appellant, *pro se*

# EXHIBIT A

Bankruptcy Court docket, Adv. Pro. No. 26-01494 (EJO),
printed November 13, 2026 (pages showing entries 24, 49, 50 and 51),
and first page of Bankr. Adv. ECF 51 (“Filed 11/12/26”)

| | | | |
|---|---|---|---|
| 10/28/2026 | | | Hearing Scheduled. (related document:22 Motion to Extend Time re: to File Notices of Appeal Filed by Avrumi Lubin.. (Attachments: # 1 Memorandum of Law # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (rah) filed by Defendant Avrumi Lubin)Hearing scheduled for 12/3/2026 at 10:00 AM, EJO - Courtroom 2, Trenton. (mmf) (Entered: 10/28/2026) |
| 10/29/2026 | 23 | | Transcript regarding Hearing Held 10/22/26 (related document:5 Order to Show Cause (Upload)). The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to contact the transcriber, call the Clerk's Office. Notice of Intent to Request Redaction Deadline Due By 11/5/2026. List of Items to be Redacted Due By 11/19/2026. Redacted Transcript Submission Due By 11/30/2026. Remote electronic access to the transcript will be restricted through 01/27/2027. (J&J Court Transcribers) (Entered: 10/29/2026) |
| 10/29/2026 | 24 (3 pgs) | 0.74016 MB | Notice of Appeal to District Court Court. (related document:5 Order to Show Cause (Upload), 21 Order (Generic)). Receipt Number NOT PAID, Fee Amount $ 298. Filed by Avrumi Lubin. Appellant Designation due by 11/12/2026. Transmission of Designation Due by 11/30/2026. (dlr) (Entered: 10/30/2026) |

| | | | |
|---|---|---|---|
| 0 | Main Document | 3 pages | 246.72 KB |

| | | | |
|---|---|---|---|
| 10/29/2026 | 25 (81 pgs; 13 docs) | 8.947167 MB | MOTION UNDER FED. R. BANKR. P. 9023 AND 7052 (AND, ALTERNATIVELY, FED. R. BANKR. P. 7065) TO ALTER OR AMEND THE OCTOBER 23, 2026 ORDER (ECF NO. 21) BY ADDING FOUR INTERIM PROTECTIONS PENDING THE FINAL HEARING Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Index of Exhibits # 4 Exhibit A # 5 Exhibit B # 6 Exhibit C # 7 Exhibit D # 8 Exhibit E # 9 Exhibit F # 10 Exhibit G # 11 Proposed Order # 12 Certificate of Service) (isd). Related document(s) 21 Order (Generic). Modified on 10/30/2026 (isd). (Entered: 10/30/2026) |

| | | | |
|---|---|---|---|
| 0 | Main Document | 3 pages | 325.15 KB |
| 1 | Certification | 8 pages | 379.37 KB |
| 2 | Memorandum of Law | 9 pages | 441.39 KB |
| 3 | Index of Exhibits | 2 pages | 61.27 KB |
| 4 | Exhibit A | 7 pages | 197.28 KB |
| 5 | Exhibit B | 6 pages | 158.85 |

| | | | |
|---|---|---|---|
| 11/09/2026 | | 8.808 KB | Counterclaims-Defendants and Direct Issuance of Summonses Filed by Avrumi Lubin.. (Attachments: # 1 Exhibit B # 2 Proposed Order) (LVJ) filed by Counter-Claimant Avrumi Lubin, Defendant Avrumi Lubin) Hearing scheduled for 12/3/2026 at 10:00 AM, EJO - Courtroom 2, Trenton.. (mjb) (Entered: 11/09/2026) |
| | | | 0 Main Document 1 page 4.40 KB |
| 11/10/2026 | | | Minute of Hearing Held and Continued. OUTCOME: Preliminary Injunction Granted (related document:5 Order to Show Cause With Temporary Relief. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/15/2026. Show Cause hearing to be held on 10/22/2026 at 10:00 AM at EJO - Courtroom 2, Trenton.) Hearing scheduled for 12/17/2026 at 02:00 PM, EJO - Courtroom 2, Trenton. (mjb) (Entered: 11/10/2026) |
| 11/11/2026 | 47 (2 pgs) | 34.164 KB | BNC Certificate of Notice. No. of Notices: 1. Notice Date 11/11/2026. (Admin.) (Entered: 11/12/2026) |
| | | | 0 Main Document 2 pages 17.08 KB |
| 11/12/2026 | 48 (6 pgs; 2 docs) | 467.506 KB | Order Granting Preliminary Injunction As To Teton Life, LLC And Providing For Further Proceedings (related document:5 Order to Show Cause With Temporary Relief. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/15/2026. Show Cause hearing to be held on 10/22/2026 at 10:00 AM at EJO - Courtroom 2, Trenton. (dmi)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/12/2026. (mjb) (Entered: 11/12/2026) |
| | | | 0 Main Document 5 pages 229.28 KB<br>1 Notice of Order Entry 1 page 4.47 KB |
| 11/12/2026 | 51 (6 pgs) | ☑ 1.646246 MB | Designation of Record On Appeal (related document:24 Notice of Appeal filed by Counter-Claimant Avrumi Lubin, Defendant Avrumi Lubin) Filed by Avrumi Lubin. Transmission of Record due 11/30/2026. Appellee designation due by 11/30/2026. (rah) (Entered: 11/13/2026) |

| | | | |
|---|---|---|---|
| | | | ☑ 0 Main Document 6 pages 823.12 KB |
| 11/12/2026 | 52 (9 pgs; 4 docs) | ☐ 0.618416 MB | Motion re: to Clarify, or to the Extent Necessary Modify, the October 23, 2026 Order (ECF No. 21) as to the Debtor's Limited Personal Stes Concerning the May 15, 2026 Florida Order Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah) (Entered: 11/13/2026) |
| | | | ☐ 0 Main Document 2 pages 160.24 KB<br>☐ 1 Certification 2 pages 160.06 KB<br>☐ 2 Memorandum of Law 3 pages 189.36 KB<br>☐ 3 Proposed Order 2 pages 108.76 KB |
| 11/13/2026 | 49 (1 pg) | ☐ 216.544 KB | Certification of Failure to File Designation of Record, (related document:24 Notice of Appeal filed by Counter-Claimant Avrumi Lubin, Defendant Avrumi Lubin) (mjb) (Entered: 11/13/2026) |
| | | | ☐ 0 Main Document 1 page 108.27 KB |
| 11/13/2026 | 50 (1 pg) | ☐ 155.259 KB | Transmittal of Record on Appeal to U.S. District Court (related document:24 Notice of Appeal filed by Counter-Claimant Avrumi Lubin, Defendant Avrumi Lubin, 49 Certification of Failure to File Designation of Record) (mjb) (Entered: 11/13/2026) |
| | | | ☐ 0 Main Document 1 page 51.75 KB |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in compliance with D.N.J. LBR 9004-1(b)<br>**Avrumi Lubin, individually, pro se**<br>605 West 42nd Street<br>New York, New York 10036<br>(718) 570-3796<br>josh@tetonfunding.com | **Case No. 26-17342 (EJO)**<br>Chapter 11<br>**Adv. Pro. No. 26-01494 (EJO)**<br><br>Related District Court appeal:<br>3:26-cv-14172-GC |

In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.

BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN, Plaintiff,
**v.**
AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants.

# APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES

Fed. R. Bankr. P. 8009; D.N.J. L. Civ. R. 601.3

Avrumi Lubin, individually only, designates the following record and states the issues for his appeal from the October 15, 2026 order (ECF No. 5) and October 23, 2026 order (ECF No. 21), within the scope of his October 29 notice of appeal (ECF No. 24) and motion for leave (ECF No. 26). No company or other person joins this designation or appeal.

The challenged provisions are the operative paragraphs 2-4 of ECF No. 5; the operative paragraphs 2-4 of ECF No. 21 concerning the non-Teton Life entities; the related denial of dissolution or modification (ECF No. 21, page 3, footnote 2); and the continuing personal effect of ECF No. 5 through ECF No. 21, page 5, paragraph 3 concerning Teton Life, to the extent reviewable. The sole-authority provision is challenged insofar as it directly binds Lubin.

The appeal does not seek to lift paragraph 1's protection against litigation or enforcement against the entities or to appeal the Trustee's appointment.

This designation is submitted protectively for the November 12, 2026 date listed on the bankruptcy docket, without conceding that appellate timing has begun under Rules 8002(b) and 8009(a)(1)(B), that leave to appeal has been granted, or that this filing expands the orders appealed. It requests no stay or new substantive relief.