# Hellring Lindeman Goldstein & Siegal LLP

COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
MICHAEL EDELSON
ROBERT S. RAYMAR Δ
STEPHEN L. DREYFUSS Δ
PATRICIA A. STAIANO
SHERYL E. KOOMER
ERIC R. PERKINS
BRUCE S. ETTERMAN Δ
MATTHEW E. MOLOSHOK Δ
DAVID N. NARCISO Δ
CORINNE B. MALONEY Δ
CHRISTY L. SAALFELD Δ

Δ NJ & NY + FL

103 EISENHOWER PARKWAY
SUITE 403
ROSELAND, NEW JERSEY 07068-1031

T: +1.973.621.9020 | F: +1.973.621.7406
www.hlgslaw.com

JONATHAN L. GOLDSTEIN Δ +
SPECIAL COUNSEL

CHARLES ORANSKY Δ
ROBERT B. ROSEN Δ
JUDAH I. ELSTEIN Δ
JOHN A. ADLER Δ
OF COUNSEL

MARGARET DEE HELLRING (RET.)

November 20, 2026

By ECF

Honorable Georgette Castner, U.S.D.J.
United States District Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Avrumi Lubin a/k/a Josh Lubin
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Benjamin A. Stanziale, Jr., Ch. 11 Trustee for
Avrumi Lubin a/k/a Josh Lubin v. Avrumi Lubin. et. al.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
District Court Appeal Civil Action No. 3:26-cv-14172-GC

Dear Judge Castner:

We represent Benjamin A. Stanziale, Jr, Chapter 11 Trustee ("Trustee") for Avrumi Lubin ("Debtor") in the above bankruptcy case and adversary proceeding and on the Debtor's effort to appeal to this Court. We note that on November 13, 2026, the Debtor filed a purported "Reply" in support of his Motion for Leave to Appeal. The Debtor relies on Fed.R.Bankr.P. 8013(a)(3)(B) regarding motions filed in the pending appeal as his basis for filing a Reply. However, the applicable Rule regarding filings in connection with a motion for leave to appeal is Fed.R.Bankr.P. 8004, not Fed.R.Bankr.P. 8013(a)(3)(B). Fed.R.Bankr.P. 8004 does not allow for a Reply to be filed by the movant. The Trustee thus respectfully requests that the Debtor's purported Reply not be considered by this Court.

Respectfully yours,

/s/ Patricia A. Staiano

Patricia A. Staiano

PAS:gg

cc: Benjamin A. Stanziale, Jr., Trustee (by email)
Avrumi Lubin (by email and ECF)

516362