**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor.<br><br>AVRUMI LUBIN,<br>Appellant,<br>v.<br>BENJAMIN A. STANZIALE, JR., Chapter 11 Trustee for Avrumi Lubin,<br>Appellee. | Civil Action No.<br>**3:26-cv-14172-GC**<br><br>Hon. Georgette Castner, U.S.D.J.<br><br>On appeal from the U.S. Bankruptcy Court for the District of New Jersey, Case No. 26-17342 (EJO), Adv. Pro. No. 26-01494 (EJO) |

**APPELLANT'S LETTER MOTION TO REOPEN THE CASE, ACCEPT HIS REPLY (ECF 8), AND HOLD THE MOTION FOR LEAVE TO APPEAL**

Dear Judge Castner:

I am the appellant, and I represent myself. I respectfully ask the Court for three things.

**1. Reopen the case.**

I paid the $405 filing fee on November 18, 2026. The docket shows that the fee was received on November 19. Under the Court's November 16 order (ECF 9), I ask that the case be reopened.

**2. Accept my reply (ECF 8).**

The Trustee objects to my November 13 reply (ECF 10). Fed. R. Bankr. P. 8004(b)(2) permits an opposition or cross-motion and is silent on replies. D.N.J. L. Civ. R. 601.2(b)(iv) refers motions for leave to appeal to Local Civil Rule 7.1, and Rule 7.1(d)(3) provides for reply papers. I ask the Court to accept my

reply in its discretion. It answers the Trustee's argument that the Bankruptcy Court may still revise its October 23 order (ECF 4 at 3–4).

**3. Hold the motion for leave to appeal.**

I ask the Court to defer ruling on my motion for leave to appeal (ECF 1-3) until the Bankruptcy Court resolves any requests in my motion to alter or amend its October 23 order (Adv. No. 26-01494, ECF 25) that remain open after its November 12 order (Adv. ECF 48). ECF 25 is set for hearing on December 3, 2026. If the Court does not accept the whole reply, I ask it to consider at least Point 1 of the reply (ECF 8 at 2–3), which makes this request. If it would help the Court, I will file a short status report after the Bankruptcy Court rules.

Thank you for the Court's consideration.

Respectfully submitted,

Avrumi Lubin, Appellant, pro se
605 West 42nd Street
New York, NY 10036
732-608-4905
josh@tetonfunding.com
Dated: November 20, 2026

**Certificate of compliance.** Under Fed. R. Bankr. P. 8013(f)(3)(A) and 8015(h), I certify that this letter motion contains 285 words, excluding the caption, signature block and certificates.

**Use of generative AI.** I used generative AI to help draft this letter motion. I checked each rule and record citation against its source.

cc: Patricia A. Staiano, Esq., and Matthew E. Moloshok, Esq., counsel for the Trustee (by first-class mail)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

*Lubin v. Stanziale* Civil Action No. 3:26-cv-14172-GC

## CERTIFICATE OF SERVICE

I certify that on November 20, 2026, I mailed a true copy of my Letter Motion to Reopen the Case, Accept My Reply (ECF 8), and Hold the Motion for Leave to Appeal, by first-class United States mail, postage prepaid, to counsel for the Chapter 11 Trustee at this address:

Patricia A. Staiano, Esq.
Matthew E. Moloshok, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway, Suite 403
Roseland, NJ 07068-1031

I declare under penalty of perjury that the foregoing is true and correct.

Avrumi Lubin, Appellant, pro se

November 20, 2026
Date signed